AO 91 (Rev 8/01)    Criminal Complaint

# United States District Court

**SOUTHERN**      DISTRICT OF      **TEXAS**

**McALLEN DIVISION**

UNITED STATES OF AMERICA
V.
Luis Angel Perez-Jimenez

United States District Court
Southern District Of Texas
FILED
APR 30 2019
David J. Bradley, Clerk

**CRIMINAL COMPLAINT**

Case Number:    M-19-0983-M

IAE     YOB:    1988
Mexico
(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **April 29, 2019** in **Starr** County, in the **Southern** District of **Texas**

(Track Statutory Language of Offense)

being then and there an alien who had previously been deported from the United States to Mexico in pursuance of law, and thereafter was found near Rio Grande City, Texas, within the Southern District of Texas, the Attorney General of the United States and/or the Secretary of Homeland Security, not therefore having consented to a reapplication by the defendant for admission into the United States;

in violation of Title **8** United States Code, Section(s) **1326** **(Felony)**
I further state that I am a(n) **Senior Patrol Agent** and that this complaint is based on the following facts:

Luis Angel Perez-Jimenez was encountered by Border Patrol Agents near Rio Grande City, Texas on April 29, 2019. The investigating agent established that the Defendant was an undocumented alien and requested record checks. The Defendant claims to have illegally entered the United States on April 29, 2019, near Rio Grande City, Texas. Record checks revealed the Defendant was formally Deported/Excluded from the United States on February 9, 2015 through Atlanta, Georgia. Prior to Deportation/Exclusion the Defendant was instructed not to return to the United States without permission from the U.S. Attorney General and/or the Secretary of Homeland Security. On September 27, 2012, the Defendant was convicted of 8 USC 1326 Illegal Reentry of a Deported Alien and was sentenced to twenty-two (22) months confinement.

Continued on the attached sheet and made a part of this complaint: ☐ Yes ☒ No

Approved by AUSA S. DiPiazza 4/30/19 @ 8:25
No Prompt

Sworn to before me and subscribed in my presence,

Signature of Complainant
Nicolas Canty     Senior Patrol Agent

April 30, 2019

J. Scott Hacker     , U.S. Magistrate Judge
Name and Title of Judicial Officer

Signature of Judicial Officer